**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6958**
_____

CORNELL F. DAYE,

                    Plaintiff – Appellant,

         v.

DAVID BALLARD, Warden (MOCC), in his official and
individual capacities (Defendant #1); JASON COLLINS,
Associate Warden of Programs, in official and individual
capacities (Defendant #2); MARK CRAWFORD, Librarian, in his
official and individual capacities (Defendant #3); LT.
CURTIS DIXON, in his official and individual capacities
(Defendant #4),

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph R. Goodwin,
Chief District Judge.  (2:11-cv-00106)

_____

Submitted:  December 15, 2011      Decided:  December 19, 2011

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Cornell F. Daye, Appellant Pro Se. Michael P. Addair, John P.
Fuller, BAILEY & WYANT, PLLC, Charleston, West Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornell F. Daye seeks to appeal the district court's order adopting the report and recommendation of the magistrate judge and dismissing certain counts in Daye's 42 U.S.C. § 1983 (2006) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Daye seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED